# Court of Appeals
# of the State of Georgia

ATLANTA, September 11, 2012

*The Court of Appeals hereby passes the following order:*

## A13A0015.  VALERIE PHIPPS-JEWELL et al. v. CRYSTAL GAINES, et al.

Valerie Phipps-Jewell and Tony Phipps filed a pro-se "Petition for Declaratory Judgment and/or an Appeal by Application and/or Writ of Mandamus and/or Writ of Habeas Corpus."  The complaint was removed to federal court, and on November 22, 2011, the superior court entered an administrative order closing the case pursuant to its removal.  The appellants filed several notices of appeal from this ruling, and the appeal was apparently transmitted twice.  The first appeal was docketed as Case Number A12A1857, and the second appeal was docketed as Case Number A13A0015. As both appeals seek to appeal the same order, it appears the appeal in A13A0015 is duplicative of the appeal in A12A1857.  Accordingly, this duplicative appeal is hereby DISMISSED.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/11/2012
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] The record in A13A0015 shows that, in June 2012, the federal court remanded the case back to superior court.  Arguably, this remand order renders moot the trial court's order closing the case based on removal to federal court.